IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANGELA COLLINS                                                      PLAINTIFF

v.                           No. 3:11-cv-15-DPM

MICHAEL J. ASTRUE, Social
Security Commissioner                                               DEFENDANT

JUDGMENT

The denial of benefits is affirmed. Collins's complaint, *Document No. 1*, is dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 March 2012